LAW LIBRARY

NOS. 28764 AND 28765

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

NO. 28764

VINH ALKIRE-CLEMEN, Claimant-Appellee, v.
CASTLE MEDICAL CENTER, Employer-Appellant, Self-Insured,
and
CRAWFORD AND COMPANY, Insurance Adjuster-Appellant
(CASE NO. AB 2002-309 (2-98-14176))

AND

NO. 28765

VINH ALKIRE-CLEMEN, Claimant-Appellee, v.
CASTLE MEDICAL CENTER, Employer-Appellant, Self-Insured,
and
CRAWFORD AND COMPANY, Insurance Adjuster-Appellant
(CASE NO. AB 2003-121 (2-02-09980))

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Foley and Leonard, JJ.)

Upon consideration of the February 8, 2010 Motion for
Reconsideration With Regards to Claimant-Appellee's Injury Claim
of February 24, 1998, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai‘i, February 16, 2010.

On the motion:

Wayne W.H. Wong
for Employer-Appellant, Self-
Insured, and Insurance
Adjuster-Appellant

Chief Judge

Associate Judge

Associate Judge